UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
| GEORGE WORRELL, et al, | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civil Action No. 09-4443 |
| v. | : | Order |
| ELLIOTT & FRANTZ, et al, | : |   |
| Defendants. | : |   |

These matters having come before the Court on motion for summary judgment of Defendant Elliott & Franz [29] and on cross motion for partial summary judgment [37] of Plaintiffs George and Mary Worrell; and the Court having considered the written submissions of the parties and the arguments advanced during the hearing on June 22, 2011; and for the reasons expressed on the record that day, as well as those set forth in the Opinion of even date;

IT IS on this 28th day of June, 2011 hereby

ORDERED that Defendant's motion for summary judgment [27] is DENIED; and it is further

ORDERED that Plaintiffs' cross motion for summary judgment [37] is GRANTED IN PART.

/s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE