UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GEORGE WORRELL, et al., | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civil Action No. 09-4443 |
| v. | : |  |
| ELLIOTT & FRANTZ, et al., | : | ORDER |
| Defendants. |  |  |

These matters having come before the Court upon motions of Defendant, Elliot and Frantz, to Preclude Plaintiff's Expert, Paul Stephens [Dkt. No. 68], and to Bifurcate the Trial [Dkt. No. 69]; and the Court having considered the written submissions of the parties; and the Court having discussed the motions with the parties at a pre-trial conference on January 15, 2013, with oral argument on the motions having been held on April 9, 2013; and for the reasons set forth on the record that day as well as those expressed in the Court's Opinion of even date, and for good cause having been shown,

IT IS on this 16th day of April, 2013 hereby

ORDERED that Defendant's Motion to Bifurcate [69] is denied; and it is further

ORDERED that Defendant's Motion to Preclude Plaintiff's Expert [68] is granted in part consistent with the Court's Opinion.

                         s/ Joseph H. Rodriguez
                         Hon. Joseph H. Rodriguez,
                         United States District Judge